ACCEPTED
01-15-00589-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/28/2015 7:34:34 PM
CHRISTOPHER PRINE
CLERK

**NO. 01-15-00589-CV**

IN THE COURT OF APPEALS

FOR THE FIRST DISTRICT

OF TEXAS AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/28/2015 7:34:34 PM
CHRISTOPHER A. PRINE
Clerk

**IN THE INTEREST OF
T.J.C.,II, CHILD**

**J.J.K., APPELLANT**

**VS.**

**DEPARTMENT OF FAMILY & PROTECTIVE
SERVICES, APPELLEE**

ON APPEAL FROM
THE 313TH DISTRICT COURT OF
HARRIS COUNTY, TEXAS
TRIAL COURT CAUSE NO. 2014-01481J-A

**MOTION FOR WITHDRAWAL OF COUNSEL**

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW DONALD M. CRANE ("appellate counsel"), appointed

attorney ad litem on appeal for Appellant, J.J.K., respondent mother, and

hereby files this Motion for Withdrawal of Counsel. Donald M. Crane

requests the Court grant him leave to withdraw as Attorney ad litem on appeal

for Appellant J.J.K., in accordance with Texas Rules of Appellate Procedure

("TRAP") Tex. R. App. P. 6.5, and in support would show as follows:

1. Appellate counsel forwarded correspondence dated November 18, 2015, to Appellant enclosing a copy of the Court's *Memorandum Opinion* dated November 5, 2015, ("*Memorandum Opinion*") by U.S. First Class Mail to Appellant's last known address:

   4146 Peal Valley Court
   Fresno, Texas 77489
   (281) 795-4821.

2. Appellate counsel advised of his duty to re-evaluate the appeal to determine the merit of further appellate action and advised that such is frivolous. Tex. R. App. P. 62.

3. Appellate counsel further explained that Appellant on her own may pursue a petition for review in the Supreme Court of Texas, but that such is frivolous.

4. Appellate counsel further explained that Appellant should retain private counsel as to the merits of pursuing a petition for review in the Supreme Court of Texas.

5. Appellate counsel further explained that Appellant has a **current filing deadline of December 20, 2015,** and that should she pursue a petition for review in the Supreme Court of Texas, she should first consult Tex. R. App. P. 53.

6. Appellate counsel further explained that Appellant may Contact the Supreme Court of Texas, P.O. Box 12248, Austin, Texas 78711, (512) 463-1312, for further assistance.

7. Finally, Appellate counsel advised Appellant of her right to object to this motion for withdrawal of counsel, enclosing then forwarding a copy of said motion December 28, 2015 to Appellant's last known address:

4146 Peal Valley Court
Fresno, Texas 77489
(281) 795-4821.

WHEREFORE, PREMISES CONSIDERED, Donald M. Crane prays

that the Court enter an order discharging him as Appellate Counsel for J.J.K.

Respectfully submitted,

**/s/ Donald M. Crane**
Donald M. Crane
810 South Mason Road, Suite 350
Katy, Texas 77450
Telephone (281) 392-6611
Facsimile (281) 392-5383
State Bar No. 05005900

donmcrane@gmail.com

ATTORNEY AD LITEM ON
APPEAL FOR
APPELLANT  J.J.K.

## CERTIFICATE OF CONFERENCE

This motion is unopposed.

**/s/ Donald M. Crane**
Donald M. Crane

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of December, 2015, a true and correct copy of the foregoing Motion for Withdrawal of Counsel was served in accordance with the TRAP.

1.  Sandra D. Hachem
    Senior Assistant County Attorney
    1019 Congress Avenue, 16th Floor
    Houston, Texas  77002-1700
    (713) 437-4700 fax

2.  Susan Ryan Solis
    2800 East Broadway, Suite c-518
    Pearland, Texas 77581
    (281) 317-9908 fax

**/s/ Donald M. Crane**
Donald M. Crane